No. D-2317. IN RE DISCIPLINE OF RICHEY. Thomas B. Richey, of Fresno, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, re-

quiring him to show cause why he should not be disbarred from the practice of law in this Court.